IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:17-CR-0120-K |
| | § | |
| ZTE CORPORATION | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court is now in receipt of the parties' proposed redactions. The Court will begin its review.

**SO ORDERED.**

Signed September 20th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE